PROB 12A  
(7/93)

United States District Court  
for  
District of New Jersey  
Report on Offender Under Supervision

Name of Offender: Jason Sanders                                                                      Cr.: 07-CR-342-JAG  
                                                                                                     PACTS #: 48846

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway Jr., United States District Judge

Date of Original Sentence: 10/30/2007

Original Offense: Unlawful Possession of Firearms, 18 U.S.C. § 922(g)(1) & 2

Original Sentence: 46 months imprisonment; 3 years supervised release.

Type of Supervision: Supervised Release                                     Date Supervision Commenced: 03/03/2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On April 8, 2011, the offender was issued a summons for driving without a license. On July 28, 2011, the offender appeared in Newark Municipal Court and was ordered to pay a fine. |
| 2 | On May 2, 2011, the offender was issued another summons for driving without a license. On August 2, 2011, the offender appeared in Newark Municipal Court and was ordered to pay a fine. |
| 3 | The offender failed to notify the undersigned officer about the summonses mentioned above. The probation office became aware of these traffic violations while conducting a motor vehicle inquiry via the national database on October 17, 2011. |

U.S. Probation Officer Action:

While the probation office is discouraged by Sanders' irresponsible actions, we are requesting an opportunity to address his noncompliance internally. We plan to provide him with a life skills home study workbook designed to teach cognitive skills to remain a law-abiding driver. We will work with Sanders to ensure he completes the assignments in the workbook. We also plan to enroll him in Moral Recognition Therapy (a behavioral enrichment program). If Your Honor agrees with our plan, the probation office will also present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional noncompliance.

Respectfully submitted,  
Jamel Rucks-Dorsey  
By: Jamel H. Dorsey  
U.S. Probation Officer  
Date: 02/15/12

*The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:*

PROB 12A - Page 2
Jason Sanders

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

Date February 21, 2012